# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PEDRO QUILES, SR. et al,
    Plaintiff,

v.

CITY OF TAMPA, et al.,
    Defendants.

Case No. 8:12-CV-550-T35-AEP

## NOTICE OF APPEARANCE AS CO-COUNSEL

NOTICE IS HEREBY GIVEN that James V. Cook, appears as co-counsel on behalf of Plaintiff, Pedro Quiles, Sr., in this cause, and requests that all pleadings, motions, and notices be served on undersigned counsel.

        Respectfully Submitted,

        *s/James V. Cook*
        JAMES V. COOK, FBN 0966853
        Law Office of James Cook
        314 West Jefferson Street
        Tallahassee, Florida 32301
        (850) 222-8080; 850 561-0836 Facsimile
        cookjv@nettally.com
        ATTORNEY FOR PLAINTIFF

I CERTIFY the foregoing was filed electronically on 04/11/2012, and that the person noted below is registered to be notified by the CM/ECF electronic mail system:

Ursula D. Richardson
Assistant City Attorney
315 E. Kennedy Boulevard, 5th Floor
Tampa, FL 33602
Ursula.Richardson@tampagov.net

        *s/James V. Cook*