UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PEDRO QUILES, SR., as personal Representative of the ESTATE OF PEDRO QUILES, JR. and on behalf of himself individually, PEDRO QUILES, SR. and on behalf of minors, P.Q-S. and B.Q., survivors,**

　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 8:12-cv-550-T-35-AEP

**CITY OF TAMPA POLICE DEPARTMENT, SCOTT SAVITT, individually and his capacity as an Officer of the City of Tampa and JANE CASTOR, individually and in her capacity as Chief of Police, City of Tampa,**

　　Defendants.
_____/

## SHOW CAUSE ORDER

**THIS CAUSE** comes before the Court for consideration *sua sponte*. A review of the record in this case reveals Plaintiffs' Amended Complaint was filed on April 18, 2012 (Dkt. 12) and Defendants Jane Castor and Scott Savitt filed their Motions to Dismiss on May 2, 2012. (Dkts. 15, 16)  To date, Plaintiffs have not filed their response to the Motions to Dismiss.  Pursuant to Local Rule 3.01(b):

> Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages.

Local Rule 3.01(b).  Upon consideration of the foregoing, Plaintiffs are hereby **ORDERED** to **SHOW CAUSE** why Count II of the Complaint should not be dismissed against Defendant Jane Castor and Count I of the Complaint should not be dismissed

against Scott Savitt. Plaintiffs shall have up to and including **June 13, 2012**, to file their responses. Failure to do so may result the dismissal of Counts of the Complaint against Defendants Jane Castor and Scott Savitt with no further notice from the Court.

**DONE** and **ORDERED** in Tampa, Florida, on this 25th day of May 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties